Rolf DIETRICH, Appellant,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Shimano, Inc., Appellee.

No. 2010–1530.

United States Court of Appeals, Federal Circuit.

June 8, 2011.

David C. Purdue, Purdue Law Offices, LLC, of Toledo, OH, argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

David L. Tarnoff, Global IP Counselors, LLP, of Washington, DC, argued for appellee Shimano, Inc.

Before LOURIE, LINN, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**